In re MacFarland, Henry J. et al.; Pi-cou, Robert L. Jr.; Peoples, Phyllis; Me-condangelo, Nancy; Bergeron, Michael; Duhe, Teddy L.; Fakier, Michael; Gary, Dexter; Malbrough, Oneal; Monette, Rene’; Smitko, Jerri; Voisin, Michael; Waggenspack, Guy; Hospital Service District No. 1 Terrebonne Parish; Terre-bonne General Medical Center d/b/a; Terrebonne General Medical Center;— Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Terre-bonne, 32nd Judicial District Court Div. D, No. 135,295; to the Court of Appeal, First Circuit, No. 2003 CW 2396.
Denied.